Margarita Bartolomei Viuda de Molini, peticionaria, *v.* Tribunal Superior de Puerto Rico, Sala de Arecibo, Hon. J. Rivera Barreras, Juez, demandado.

Núm. 2133.

*Sometido:* 10 de noviembre de 1954. *Resuelto:* 30 de noviembre de 1954.

*Rafael Arjona Siaca,* abogado de la peticionaria.

*PER CURIAM:* Solicita la peticionaria que reconsideremos nuestra resolución de 2 de noviembre de 1954, a virtud de la cual declaramos no haber lugar a la expedición del auto de *certiorari* por ella interesado.

La cuidadosa lectura que una vez más hemos hecho de su petición nos convence de que nuestra citada resolución estuvo plenamente justificada; y los nuevos argumentos aducidos en la moción de reconsideración que ahora resolvemos dejan de convencernos de que debemos modificar nuestro criterio.

Respecto al alcance de la frase "no ha lugar," que figura en nuestra aludida resolución de 2 del mes en curso, bastará decir que ella sencillamente significa que menos de tres de los siete jueces que constituyen este Tribunal estuvieron inclinados a librar el auto, y que en forma alguna revela el criterio del Tribunal respecto a los méritos del caso que ha sido objeto de la petición. Véanse *Algarín* v. *Corte,* 59 D.P.R. 856; *Pérez* v. *Corte,* 58 D.P.R. 450; *Sunal* v. *Large,* 332 U. S. 174, 181; *House* v. *Mayo,* 324 U. S. 42, 48; *United States* v. *Carver,* 260 U. S. 482, 490; las opiniones del Juez Sr. Frankfurter en los casos de *Maryland* v. *Baltimore Radio Show,* 338 U. S. 912, 917; *Agoston* v. *Pennsylvania,* 340 U. S. 844; *Missouri Pacific Co.* v. *Group of Institutional Investors,* 343 U. S. 982; *Rosenberg et al.* v. *United States,* 344 U. S. 889; y la opinión disidente del propio Juez Frankfurter en *McAllister* v. *United States,* 348 U. S. 19.

*La moción de reconsideración será declarada sin lugar.*

El Juez Asociado Sr. Ortiz no intervino.

El Juez Asociado Sr. Belaval concurre en el resultado.